NEW YORK LIFE INSURANCE COMPANY, Respondent, v. TRISTER CONSTRUCTION Co., INC., Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

ANNA SCANDAGLIA, Appellant, v. TRANSIT-MIX CONCRETE CORPORATION, Respondent. MARY SCANDAGLIA, an Infant, by ANNA SCANDAGLIA, Her Guardian ad Litem, Appellant, v. TRANSIT-MIX CONCRETE CORPORATION, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

LLOYD I. PHYFE, as Receiver of the ESTATES SECURITY CORPORATION, Respondent, Appellant, v. ROBERT L. STEVENS, Appellant, Respondent.— Order so far as appealed from affirmed, without costs, with leave to defendant to answer within twenty days from service of order. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Application for a Mandamus Order of GEORGE H. FELTNER, Committee of the Person and Property of AUGUSTA F. FELTNER, an Incompetent Person, Respondent, against TEACHERS' RETIREMENT BOARD, Appellant.— Peremptory order of mandamus and the order or judgment entered thereon so appealed from affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Application of SAMUEL KAPLAN, Respondent, against JOHN A. DELANEY, Chairman, and Others, Comprising the Members of the Board of Transportation of the City of New York, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Application of SIDNEY S. HOAG, a Stockholder in MANU-

FACTURERS TRUST COMPANY, for the Appointment of Appraisers to Appraise the Value of His Stock.— Order entered March 29, 1932, reversed, without costs, and motion granted. Appeal from order denying motion for a reargument dismissed. (See *Matter of Cantor*, 261 N. Y. 6, decided by the Court of Appeals January 10, 1933.) Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.